**UNITED STATES of America,** **Plaintiff–Appellee,**

v.

**Jesus Fortunato FELIX–HERAS,** **Defendant–Appellant.**

No. 13–30303.

United States Court of Appeals, Ninth Circuit.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**880**

Submitted Sept. 23, 2014.*

Filed Oct. 2, 2014.

Helen J. Brunner, Esquire, Assistant U.S., Donald M. Reno, Jr., Esquire, Assistant U.S., Office of the U.S. Attorney, Seattle, WA, Roscoe Jones, Jr., Assistant U.S., U.S. Department of Justice, Washington, DC, for Plaintiff–Appellee.

Jesus Fortunato Felix–Heras, Pecos, TX, pro se.

Before: W. FLETCHER, RAWLINSON, and CHRISTEN, Circuit Judges.

### MEMORANDUM **

Jesus Fortunato Felix–Heras appeals from the district court's judgment and challenges his guilty-plea conviction and sentence of 35 months and 3 weeks for illegal reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Felix–Heras's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Felix–Heras has filed a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief as to Felix–Heras's conviction. We accordingly affirm Felix–Heras's conviction.

Felix–Heras waived the right to appeal his sentence. Because the record discloses no arguable issue as to the validity of the sentencing waiver, we dismiss Felix–Heras's appeal as to his sentence. *See United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir.2009).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED in part; DISMISSED in part.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

